IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30839
Summary Calendar
_____

WILLIE LEWIS,

Plaintiff-Appellant,

v.

ORYX ENERGY COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(94-CV-744)
_____
September 3, 1997

Before KING, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appellant Willie Lewis appeals the summary judgment dismissal of his race and age discrimination lawsuit. He argues that there was a genuine issue of material fact regarding the reasons the defendant proffered for terminating him. In order for Lewis to avoid summary judgment here, the evidence taken as a whole must create a fact issue as to whether each of the employee's stated reasons was what actually motivated the employee and must create a reasonable inference that age or race

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

was a determinative factor in his termination.  This he has failed to do.  See Brown v. CSC Logic, Inc., 82 F.3d 651, 654 (5th Cir. 1996); LaPierre v. Benson Nissan, Inc., 86 F.3d 444, 447-48.  (5th Cir. 1996).  We have reviewed the record and the briefs and conclude that summary judgment was properly awarded in favor of Appellee Oryx Energy Company.

AFFIRMED.